# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.

CASE/CITATION NO. Cr S-06-006 DAD

Damian J. Walton

**ORDER TO PAY**

```
FILED

SEP 27 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK
```

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

| CITY | STATE | ZIP CODE |

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 9-27-06

Damian Walton
DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(✓) Fine: $ 100 and a penalty assessment of $ 10 for a TOTAL AMOUNT OF:$ 110 within 30 (days)months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.

( ) Restitution: _____
( ) Community Service _____, with fees not to exceed $ _____
     completed by _____

Year court Probation to terminate upon Payment of fine
**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to
(circle one):                                                          and Special
                                                                      assessment.

USDC                          CLERK, USDC            CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA) 1130 O STREET, RM 5000 501 "I" STREET
POST OFFICE BOX 740026        FRESNO, CA 93721       SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _____

_____
U.S. MAGISTRATE JUDGE

Clerk's Office